**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CARLOS MORGADO,**

    Petitioner,

vs.                                            **Case No. 4:16cv11-MW/CAS**

**STATE OF FLORIDA,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO TRANSFER PETITION

On January 7, 2016, Petitioner Carlos Morgado, proceeding pro se, filed a petition for writ of habeas corpus. ECF No. 1. Petitioner also filed a motion for leave to proceed in forma pauperis. ECF No. 2.

Petitioner is currently incarcerated at the Franklin Correctional Facility in Carrabelle, Florida, which is located in Franklin County, in the Northern District of Florida. ECF No. 1; *see* 28 U.S.C. § 89(a). Petitioner challenges a state court judgment from the Thirteenth Judicial Circuit Court, Hillsborough County, Florida, which is located in the Middle District of Florida. ECF No. 1*; see* 28 U.S.C. § 89(b). Thus, although he filed his petition pursuant to 28 U.S.C. § 2241, Petitioner appears to have intended to file it pursuant to 28 U.S.C. § 2254 because he is a state prisoner challenging a state court conviction and sentence.

Jurisdiction is appropriate in the district of confinement and the district of conviction.  28 U.S.C. § 2241(d) (providing that state prisoner may file habeas petition in district where he was convicted and sentenced or in district where he is incarcerated). In this case, however, because the district of conviction appears to be the most convenient and appropriate venue, this petition should be transferred to the United States District Court for the Middle District of Florida, Tampa Division.  *Id.*; M.D. Fla. R. 1.02(b)(4).  See Parker v. Singletary, 974 F.2d 1562, 1582 (11th Cir. 1992).

It is therefore respectfully **RECOMMENDED** that the case file and any service copies be **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division, for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on January 14, 2016.


 S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO PARTIES

**Within fourteen (14) days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Failure to file specific**

**objections limits the scope of review of proposed factual findings and recommendations.**