**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**CARLOS MORGADO,**

**Petitioner,**

**v.** **Case No. 4:16cv11-MW/CAS**

**STATE OF FLORIDA,**

**Respondent.**

_____________________________/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 7. Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The case file and any service copies are **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa

Division, for all further proceedings." The Clerk shall close the file.

**SO ORDERED on February 1, 2016.**

**s/Mark E. Walker ____**
**United States District Judge**